MINUTE ENTRY
MILAZZO, J.
FEBRUARY 8, 2023

JS-10 00:14

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 22-22 |
| LATRELL JOHNSON | SECTION "H" |

### SENTENCING
*U.S. District Judge Jane Triche Milazzo presiding*

| | |
|---|---|
| CASE MANAGER: | Sherry Adams |
| COURT REPORTER: | Karen Ibos |
| LAW CLERK: | Kennedy Beal |
| | |
| APPEARANCES: | Maria M. Carboni, for Government |
| | Michael W. Boleware, for Defendant |
| | Latrell Johnson, Defendant |
| | Shalita B. Morgan, U.S. Probation Officer |

Court begins at 10:46 a.m.
Counsel appear for the record.
On March 16, 2022, defendant entered into a guilty plea as to Count 1 of the Indictment.
Defendant and her counsel addressed the Court.
Government addressed the Court.
Defendant is sentenced as to Count 1 of the Indictment.
On oral motion of the United States, Counts 5 and 6 of the Indictment are dismissed as to Latrell Johnson.
Restitution Ordered.
See Judgment and Commitment Order.
Court adjourned at 11:00 a.m.