UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSES                                       NUMBER 22-22 õHö

LATRELL JOHNSON

## ORDER

Considering the Motion of Michael W. Boleware to withdraw as counsel of record;

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel of Record filed by Michael W. Boleware be **GRANTED**, and that he is hereby allowed to withdraw as counsel of record for defendant Latrell Johnson.

Baton Rouge, Louisiana, this 9th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE